HONORABLE THOMAS O. RICE

Gregory L. Harper
HARPER | HAYES PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Telephone: (206) 340-8010
Attorneys for Plaintiff
Mission Support Alliance, LLC

Michael D. Handler
COZEN O'CONNOR
1201 Third Avenue
Suite 5200
Seattle, WA 98101
Telephone: 206.340.1000
Attorneys for Defendant
Westchester Fire Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| MISSION SUPPORT ALLIANCE, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No.: 2:12-CV-05079-TOR<br><br>RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

Plaintiff, Mission Support Alliance, LLC, and Defendant, Westchester Fire Insurance Company (collectively referred to as "the Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action against all parties with prejudice. Each party shall bear its own costs.

RULE 41 STIPULATION OF DISMISSAL
WITH PREJUDICE - 1
NO.: 2:12-CV-05079-TOR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

DATED this 25th day of October, 2012.

| Harper | Hayes PLLC | Cozen O'Connor |
|---|---|

/s/ *Gregory L. Harper*
Gregory L. Harper
WSBA No. 27311
600 University Street, Suite 2420
Seattle, WA  98101
Phone:  (206) 340-8010
Email:  greg@harperhayes.com

Oles Morrison Rinker & Baker LLP
Robert J. Burke
WSBA No. 8393
B. Michael Schestopol
WSBA No. 5346
701 Pike Street, Suite 1700
Seattle, Washington  98101
(206) 623-3427
Email:  burke@oles.com
Email:  schestopol@oles.com
Attorneys for Plaintiff
Mission Support Alliance, LLC

/s/ *Michael D. Handler*
Michael D. Handler
WSBA No. 25654
1201 Third Avenue, Suite 5200
Seattle, WA  98101
Phone:  206.340-1000
Facsimile:  206.621.8783
Email:  mhandler@cozen.com
Attorneys for Defendant
Westchester Fire Insurance Company

## II.  ORDER

Based on the foregoing Stipulation of the parties, it is hereby:

**ORDERED** that Plaintiff's claims against Defendant Westchester Fire Insurance Company are hereby dismissed with prejudice, each party bearing its own costs.

DONE AND DATED this _____ day of October, 2012.

_____
THE HONORABLE THOMAS O. RICE

Presented by:

Harper | Hayes PLLC

/s/ *Gregory L. Harper*
Gregory L. Harper, WSBA No. 27311

Oles Morrison Rinker & Baker LLP
Robert J. Burke, WSBA No. 8393
B. Michael Schestopol, WSBA No. 5346

RULE 41 STIPULATION OF DISMISSAL
WITH PREJUDICE - 2
NO.: 2:12-CV-05079-TOR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1  Attorneys for Plaintiff
   Mission Support Alliance, LLC
2
   Cozen O'Connor
3
   /s/ *Michael D. Handler*
4  Michael D. Handler, WSBA No. 25654
   Attorneys for Defendant
5  Westchester Fire Insurance Company

6  **CERTIFICATE OF SERVICE**

7        I hereby certify that on October 25, 2012, I electronically filed the

8  foregoing document with the Clerk of the Court using the CM/ECF system which

9  will send notification of such to all parties of record.

10       Dated this 25th day of October, 2012.

11

12

13                                 */s/ Marcella Stone*
                                 Marcella Stone, Legal Assistant to
14                               Michael D. Handler, WSBA No. 25654

15

16 SEATTLE\1408019\1 322948.000

17

18

19

20

21

22

23

24

25

26

RULE 41 STIPULATION OF DISMISSAL
WITH PREJUDICE - 3
NO.: 2:12-CV-05079-TOR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000