UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISSION SUPPORT ALLIANCE, LLC,<br><br>                  Plaintiff,<br><br>   v.<br><br>WESTCHESTER FIRE INSURANCE CO.,<br><br>                  Defendant. | NO: 12-CV-5079-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 11). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 **ACCORDINGLY, IT IS HEREBY ORDERED**:

2 Pursuant to the parties' stipulation (ECF No. 11), all claims and causes of
3 action in this matter are **DISMISSED** with prejudice and without costs or fees to
4 any party.

5 The District Court Executive is hereby directed to enter this Order, furnish
6 copies to counsel, and **CLOSE** the file.

7 **DATED** this 25th day of October, 2012.

8 *s/ Thomas O. Rice*

9 THOMAS O. RICE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2